I Betty A. Olsen am writting this & giving it to Kathy Henderson to use in any way possible to let Walt Coffman's Integrity, character & worth be known.

At Weed, I was Mountain Dove Realty informing them (Kathy + Walt) of real estate & finding them their property near Weed, N.M.

Walt, every since then in 1999 became a pillar for our mountain communities. Getting 3 fire departments operating, updated and functioning to their highest potental.

Community situations, problems & concerns he would research, to prsent facts & options of resolution. A best conclusion plan resulting in satisfied residence.

Getting technology advanced in our remote mountain area. then continuing helping individuals computer-knowledge, use & problem solving.

Along with teaching outdoor sports & sportsmanship at the Boy Scout Camp.

March 16 - 2025

Betty A. Olsen
P.O. Box 594
Weed, New Mexico
88354

1-575-259-2745