August 17, 2026

Dear Honorable Judge:

I am writing in reference to Stephen Craig Campbell, scheduled to be sentenced in your Court on September 3, 2026. I will refer to Stephen as Walt, as this is how I knew him.

I enjoyed both a personal and professional relationship with Walt for more than 20 years. My wife and I had dinner at his home many times and he was always welcome in our home. Walt's devotion to our tiny community included leading the fire department and emergency services and his indisputable dedication over time was remarkable. He attended many specialized training programs to specifically benefit our fire and rescue departments and was often among the first responders to countless emergencies over the years. He was key in acquiring Weed's first fire engine.

On a professional level, Walt was a trusted and valued advisor to my budding IT communications company which currently provides services to Hiltons, Marriotts and Holiday Inns around New Mexico, Colorado and Texas.

In light of Walt's outstanding dedication to our rural emergency services, I respectfully request that your sentencing be lenient.

Thank you for your consideration in this matter and if I may provide any further information, please do not hesitate to contact me.

Sincerely,

Chip Greenberg
Weed, NM
505.227.4610
chip@amifone.biz