| | |
|---|---|
| **From:** | leseebohm@juno.com |
| **To:** | Ivy Palu |
| **Subject:** | Walt |
| **Date:** | Friday, August 14, 2026 2:36:55 PM |

To Whom It May Concern:

My name is Lorna "Cookie" Nelson, and I live in Weed, NM, where I met Stephen Campbell (a.k.a. Walt Coffman) at least 20 years ago, before I even moved to Weed from Santa Fe. I knew him as a soft-spoken man of great intellect with whom it was very easy to have a conversation on many topics. Since moving to Weed permanently, I got to know him as an active member of the community. He was a member of the volunteer fire department, helping to fight fires in the area. He attended community meetings, and voluntarily did research on issues concerning the community, such as issues with the USFS or the military that concerned those of us living in the area. I often ran into him at County Commission meetings when there were topics of interest to our area on the agenda.

Walt (as I knew him) was more than willing to help those in the community. He was very computer-savvy and often helped folks, including me, solve problems they were having with their equipment. He was also very supportive of the art career of his wife, Kathy, and I remember him telling me of accompanying her to art showings.

When I heard of this recent situation in his life, you could have knocked me over with a feather. I found it hard to believe of the Walt I knew. I pray for him often and would welcome him back into the community at any time.