August 6th, 2026

To Whom it May Concern,

I met Walt and Kathy in the fall of 2019. My mother came to live with me in the spring of 2015, after she was diagnosed with FTD. My step father, Doug Miller, stayed in Weed New Mexico and slowly started to deteriorate around that time. I kept in touch with Doug as much as I could during those years. After my mom passed away in August of 2019, I brought her ashes up to the cabin in Weed New Mexico. That was when I met Walt and Kathy.

During those years, Doug began to get very sick, at one point, he hadn't reached out to anyone and Walt went to check on him. Doug was near death and Walt called the paramedics. Doug was taken to a hospital and rehab and during that time Walt and Kathy took care of the cabin, the property and all of the belongings. Walt saved Doug's life.

Walt and Kathy made sure that Doug was able to get to the store, the doctor's appointments and did there best to have Doug try to help himeself.

They never once asked for any payment or any recognition for anything that they were doing for Doug.

In 2019, they showed me around the property as I hadn't been there since 2015. They showed me what was in each of the outbuildings as Doug had begun collecting many items on the property.

At that point we exchanged numbers and emails and we kept in close contact on Doug's condition.

In November of 2019, I brought Doug back to Texas with me as he wasn't willing to take care of himself anymore. Doug needed substantial help at this point which included a catheter which he had to keep all the time.

Even after Doug came to Texas with me, Walt and Kathy kept up the property, they would keep brush around the property cut back to help with fire dangers, they kept an eye on the cabin to assure that no one would come up and take anything.

I started going to the property every six months or so.

One of those trips, Walt helped me find all of the guns in Doug's collection, he helped me make sure none of the guns had bullets in the chamber and none of them were loaded. Doug was especially proud of his gun collection and his re loading equipment. I had a limited knowledge of most of the guns in the collection and Walt's help was immensely appreciated.

Once I made the decision to sell the property, it was Walt and Kathy who showed up to help me go through all of the items on the property. We had to get dumpsters up there and go through everything. They helped me move what furniture was salvageable to the Weed community center for anyone in the community that needed them.

At that point I was executor of the will and had full decision making capabilities for all of Doug, his medical, his taxes, his decision. I knew that Doug wanted people to have some of his belongings who would appreciate them and would take care of them.

I asked Walt and Kathy to go through the outbuildings and take whatever tools they could use.

I gave the re loading equipment to Walt. I also gave Walt and Kathy quite a few of the guns in Doug's collection. I believe when we pulled all the guns out of the safe's, it was approximately

150-200 guns in his collection. Doug had become a gun dealer after he retired from Dow Chemical. I wasn't keen on keeping that many guns myself but also wanted to honor Doug and make sure they went to someone with knowledge and who would keep the collection in memory of Doug. I believe that Walt and Kathy deserved so much more for all they did for Doug. I remember finding so many boxes of coins and also gave them some of those.

As far as the guns went, I believe I gave them between 30 and 50 of the guns. I could be off on that number. I had some trauma in 2022 and had to make some decisions on what to keep and what to get rid of, and many boxes of papers from Doug were thrown away as I made room in my home for my 30 year old son's belongings as he passed away unexpectedly. Some of those boxes contained my notes on which guns I gave to who. I also sold some of the guns to a gun shop in Plano Texas once I brought them back to Texas.

Walt and Kathy were instrumental in keeping Doug alive and taking care of all of his needs for many years. I felt and still feel they were the right people to honor Doug with Doug's most prized possessions.

Walt and Kathy are 2 of the most self less people I have ever met. I honestly didn't think people like them existed anymore. They took away some of my cynicism of people only looking out for themselves.

Walt and Kathy are incredible people and they have a deep caring for the people in their community and their life.

If there is any additional information that I can provide for the courts, please let me know.

I am happy to help as Walt was always so kind to me and he guided me and helped me through some very difficult times. I will forever be grateful to Walt and Kathy for their friendship and help.

Sincerely

Debbie Petersen
211 Masthead Rd
Gun Barrell City Tx 75156
469-628-7816