Dorothy Newland
PO Box 430
339 Weed Rd.
Weed, NM 88354

Dear Judge,

I am writing this letter to talk about Walt Coffman ( Stephen Cambell). I have known Walt for approximately eight years and I find him to be a friend and servant of our community.

Walt is a friend to me and to our little mountain town. He has been in my home and my husband's on numerous occasions, he has come to help with my computer and we find Walt to be helpful, soft spoken, with a great demeanor, we truly enjoy visiting with Walt. He is welcome in our home any time!

Weed NM is a small rural area, our community has monthly community meetings as we have issues that come up that have to be dealt with from time to time. In one instance the postal service wanted our post office to close at 12:00 instead of being open all day. Walt would write letters and speak up for our town and that is just ONE example of how he represented the people of Weed, Walt cares. I sincerely believe that Walt makes Weed a better place to live and that he is truly missed by me personally and by many more.

Judge Strictland, I pray that you will consider being lenient with Walt as he is truly a wonderful man!

Sincerely,

Dorothy Newland