Weed Community
John Bell
President
615 Hwy 24 Weed NM 88354
575 687 3316

Honorable Judge,

I am writing as president of the Weed Community association to share my experience with Stephen Campbell, also known as Walt Coffman. During the years I knew him, he strongly advocated for Weed residents. When decisions by the U.S. Forest Service, the U.S. Postal Service, or the US Military, threatened to reduce services which negatively affect our community, he spoke up. He attended meetings, wrote letters, and communicated with officials, and testified with me before each of these agencies to ensure that our concerns were heard. He was not afraid to stand up for what he believed was in the best interest of our community, and many people including me respected him for his dedication and willingness to serve.

I do recognize the seriousness of the offense before the court, I also believe it is important to consider the whole person After living here for many years, I believe he has grown, and changed for the better. I do not excuse the mistakes that brought him before the court, I respectfully ask that you consider his service, his positive influence here, and his capacity for rehabilitation when making your decisions. I would gladly welcome Stephen back into our community.

Thank you for your time.

Sincerely,

John Bell

President, Weed Community