6/18/26

Dear Walt( As I know you),

I wanted to take a moment to personally thank you for the guidance and support you have given me over the years.

As you know, there have been many times when I leaned on your insight, your research, and your ability to look beyond the obvious. You challenged me to think outside the box, consider different perspectives, and approach issues in ways I may not have otherwise considered. Those conversations and the knowledge you shared have had a lasting impact on me, both personally and professionally.

One thing that has always stood out to me is your dedication to your community and your desire to make it better. Whether people agreed with you or not, there was never any doubt about your passion for Weed and the surrounding area. You invested your time, energy, and effort into causes and issues you believed would improve the lives of others, and that commitment deserves recognition.

While circumstances from your past have arisen and accountability must be accepted, I want you to know that I am speaking from my own experience with the person I have known over the last ten years. During that time, I have come to know someone who has been willing to help, willing to share knowledge, and willing to dedicate himself to his community.

I appreciate what you have done for me, and I appreciate what you have done for our community. Those contributions should not be forgotten.

Thank you for your counsel, and the many conversations that helped shape my thinking along the way.

Wishing you strength and peace as you move forward.

Sincerely,

Amy Barela
Tularosa, New Mexico