**From:** Sylvia Bell
**To:** Ivy Palu
**Subject:** letter of support for Stephen Campbell
**Date:** Wednesday, August 12, 2026 11:43:46 AM

You don't often get email from silverbelltex@gmail.com. Learn why this is important

EXTERNAL SENDER

To the Honorable Judge:

My name is Sylvia Bell, and I am writing in support of Stephen Campbell, whom I know as Walt Coffman, as you consider his case. I am his neighbor. My family moved to Weed in 2013, and I believe Walt and Kathy arrived around the same time.

With the Court's permission, I will refer to Stephen as Walt, the name by which I have always known him. Walt has consistently supported our community. When the U.S. The Postal Service considered closing the Piñon, Weed, and Sacramento post offices, he helped gather and present evidence showing why they needed to remain open and testified on our behalf.

Our community lies within the Lincoln National Forest. Proposed federal actions have threatened our way of life and culture. Walt has been a frequent and active commentator on these issues including: the Forest Service's ten-year plan, water-rights, encroachments, and endangered species. He has also attended public meetings and submitted comments about the negative effect on our community if F-35 aircraft were to be stationed at Holloman Air Force Base and establishing a Fort Bliss helicopter training program. These proposals would have significantly disrupted the peace of our community.

Walt is outspoken and articulate. He has a keen ability to anticipate the consequences of an unwise decision or program, and he is willing to speak or write to the appropriate people in an effort to prevent harm.

Walt has served with both the Weed Volunteer Fire Department and the Piñon Volunteer Fire Department. His strong desire to lead has sometimes caused friction within those organizations. Even so, I believe he is willing to learn. After my husband encouraged him to take a gentler, more measured approach, I noticed a marked improvement in the way he expressed his views at recent Forest Service meetings.

Walt and Kathy have lived quietly in our community. Kathy is an accomplished artist whose paintings are sold by prestigious galleries in Santa Fe, and Walt has strongly supported her career, even posing for several portraits. He has always treated her with kindness and respect and speaks highly of her.

I was deeply shocked to learn of his true identity. When I drove past their gate and saw aircraft circling overhead and other signs of police activity, I felt a need to say a little prayer for Walt. I then realized that I wasn't sure exactly what name to call him, but trusted that the Lord would know whom I meant.

I am aware of the seriousness of his actions and do not write to excuse or minimize what he has done. Instead, I hope to provide the court with a broader picture of the man I have known and the positive influence he has had on our community. I respectfully ask the court to take into account both the seriousness of this matter and the many years of good character and community involvement that have also defined his life. I would welcome him back into our community. Thank you for your time and consideration.

Respectfully submitted,

Sylvia Bell
615 Hwy 24
Weed, NM 88354
432 940 3979