August 7, 2026

Thomas C. Smith
701 NM Highway 24, Weed, New Mexico 88354
575-687-2168 Home / 575-415-0235 Cell

To Whom it May Concern:

I am and have been a permanent resident of the Weed community living on a ridge-top where my wife and myself have lived for nearly 20 years. I moved to the Weed area full-time in 2007 after retiring from the Diablo Canyon Power Plant (DCPP) in Avila Beach California. At DCPP I worked 10 years in the maintenance department as a foreman and ran crews that performed both routine maintenance and full refueling operations on both nuclear units. After ten years as a foreman I transferred to the IT department as a senior application programmer for another ten years. Since my retirement I have built a small amateur astronomical research observatory and have been working with many high schools, and universities in providing mentorship to students and staff in the research field. I am a member of several astronomical associations.

I am a long-time friend of Walt Coffman, over 20 years, and have had numerous family and community-related interactions with Walt. Walt has been a very positive and active member of our local volunteer fire departments. He personally aided in stopping a wildfire directly across from my home. He also traveled to Ruidoso to support radio communications needed during the "Little Bear" fire which had devastated that town. Walt has always been one of the rapid fire responders, usually first on scene, in dealing with local wildfire and structural fires in and around our community. On many occasions Walt has very happily assisted me in the relocation of heavy astronomical telescopes and equipment in support of my observatory and student research. Walt assisted me in the installation my house solar equipment and connecting wiring, which required many hours of strenuous work. After a spinal surgery, Walt helped me into our house, up many steps, and then assembled a hospital style bed for me to sleep on. Walt has contributed significantly to the testing and qualifications of many amateur radio operators through the Volunteer Examiner program of the Federal Communications Commission (FCC). When events or situations requiring committee based community actions, Walt has been one of the first to step up and volunteer to lead or be an active member of those committees, most of which dealt with life and land threatening situations. One such situation preventing directed sonic booms from F-22 flights directed toward many neighboring homes and cattle grazing fields, thereby preventing damage to our homes and the traumatic abortions of many of the cattle from which our local ranchers rely upon financially for their livelihood. On many occasions Walt has provided radio scanners and technical setup of those equipment in many of our neighbors homes allowing for monitoring of dangerous fires warnings allowing for quick responses to protect their homes and their lives. When technical questions arise, Walt is the "go-to person" for obtaining current information about the subjects. Walt has always been able to effectively explain, with the right amount of detail, how things work and how to troubleshoot things that aren't working properly. Walt is a stand-up member of our community and is a highly respected individual.

I want to thank the court for the opportunity to express how much Walt has meant to myself, my family, and many communities in both his personal life and his professional life since I have known him. Walt has been a stand out member of our community and is highly respected in all matters. I want the court to understand that I am asking that his exemplary status should be positively considered in any rulings made with respect to Walt's situations.

I am available for any and all conversation regarding my support and / or facts I have presented herein.

Sincerely,

Thomas C. Smith